IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADOl
Magistrate Judge Boyd N. Boland

Case No.  08-mj-01016

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL MARTINEZ,

Defendant.

_____

**ORDER OF DETENTION**
_____

THIS MATTER came before me for a detention hearing on February 4, 2008.  I have reviewed the Pretrial Services report, received proffers, and heard the arguments of counsel.

I find that clear and convincing evidence establishes that the defendant poses a risk to the safety of the community based on the following:

The parties agree that a rebuttable presumption exists in this case that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community.  18 U.S.C. § 3142(e).

Weighing the factors set out in the Bail Reform Act, I find the following:

The defendant has been charged by an information under 18 U.S.C. § 2113(a) with bank robbery.  The defendant waived his right to a preliminary hearing, conceding that there is probable cause to believe that he committed the offense charged.  I find that the defendant has not rebutted the presumption created by 18 U.S.C. § 3142(e) that no condition or combination of conditions

will reasonably assure the appearance of the defendant as required and the safety of the community.  Among other things, the defendant previously pled guilty to a charge of bank robbery and served a term of imprisonment; he was on a deferred judgment at the time of the charged offense; and he has a substantial criminal record.

IT IS ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

Dated February 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge