IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00076-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL JASON MARTINEZ,

      Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce MICHAEL JASON MARTINEZ, D.O.B. 1970, Booking No. 1000008304, before United States District Court Judge Robert E. Blackburn, as soon as practicable, for a re-sentencing hearing pursuant to the mandate of the United States Court of Appeals, scheduled for **July 6, 2010 at 2:30 p.m.** upon the charges set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America until conclusion of the re-sentencing hearing scheduled for **July 6, 2010 at 2:30 p.m.** of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this   1st   day of July, 2010.

*s/ Kathleen M. Tafoya*

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO