**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00076-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL JASON MARTINEZ,

    Defendant.

---

### MINUTE ORDER[1]

---

On Friday, July 9, 2010, the court conducted a telephonic setting conference to reset the re-sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **July 19, 2010**, commencing at 9:00 a.m., the court shall conduct a re-sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the district of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: July 12, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.