IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00076-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL JASON MARTINEZ,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

    Upon petition of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce MICHAEL JASON MARTINEZ, D.O.B. 1970, Booking No. 1000008304, before a United States District Judge Robert E. Blackburn, as soon as practicable, for a re-sentencing hearing, scheduled for **July 19, 2010 at 9:00 a.m.** pursuant to the mandate of the United States Court of Appeals and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until conclusion of the re-sentencing hearing scheduled for **July 19, 2010 at 9:00 a.m.** of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

    SO ORDERED this 16th day of July, 2010.

                                                  BY THE COURT:

                                                *Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge