**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00076-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MICHAEL JASON MARTINEZ,

     Defendant.

---

**MINUTE ORDER**[1]

---

On Monday, July 19, 2010, the court met informally with counsel in chambers. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That the Re-Sentencing Hearing set for July 19, 2010, is **VACATED** and **CONTINUED** to **September 3, 2010**, at 8:00 a.m., at which counsel and the defendant shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: July 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.